**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Richard L. BRADLEY, Defendant–Appellant.**

No. 01–1757.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.

Richard L. Bradley, pro se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Richard L. Bradley appeals from the district court's order denying his motion for reconsideration challenging service of process. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Bradley,* No. CA–00–12–3 (W.D.Va. May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*